DAVIS, Judge.
In this belated appeal, Davon Quanterio Sheffield challenges his judgment and sentence for attempted first-degree murder in trial court case number 03-CF-5665 and the revocation of his probation in trial court case numbers 01-CF-8207 and 01-CF-11195. We affirm his judgment and sentence for attempted first-degree murder and the revocation of his probation in trial court case number 01-CF-8207.
We reverse, however, the revocation of Sheffield’s probation in case number 01-CF-11195 because the State failed to meet its burden of proof to demonstrate that he violated his probation by possessing cocaine and by failing to attend AA/NA meetings. Although Sheffield’s counsel did not object to the revocation, the State’s failure to introduce any evidence in support of the revocation requires us to reverse.[1] See F.B. v. State, 852 So.2d 226, 280 (Fla.2003).
Affirmed in part and reversed in part.
SALCINES and LaROSE, JJ., Concur.

. The affidavit upon which the revocation was based failed to allege that Sheffield violated his probation by committing a new violation of law.